# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERCIA, ex rel., JASON VOSS, DRAKE OSBORN, and LISA OSBORN<br>v.<br>MONACO ENTERPRISES, INC, et al,<br><br>UNITED STATES OF AMERICA, ex rel., MAXIMILLIAN SALAZAR, III,<br>v.<br><br>MONACO ENTERPRISES, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  2:12-CV-0046-LRS<br>2:12-CV-0453-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: All claims and demands of Relators in their Complaints against Defendants are DISMISSED WITH PREJUDICE; All claims and demands of the United States against Defendants as described as "Covered Conduct" under "Recitals" Section F (Numbered paragraphs 1 – 6) in the Settlement Agreement of 11/22/2016 are DISMISSED WITH PREJUDICE; All claims for "[a]ny liability to the United States (or its agencies) for any conduct other than Covered Conduct" are "specifically reserved and are not released" according to the terms of the parties' Settlement Agreement of 11/22/2016 (ECF No. 218, Ex. A at 12). To the extent the United States' Amended Complaint in Intervention is construed to include the assertion of any claims specifically reserved in the parties Settlement Agreement, these claims are dismissed WITHOUT PREJUDICE as to the United States.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko .

Date:  January 26, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas